An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MATTHEW ERIC HARGRAVE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62806

**FILED**

APR 18 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from a purported order denying a post-conviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

No decision, oral or written, had been made on the petition when appellant filed his appeal on March 12, 2013. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

13-11503

cc: Hon. Michael Villani, District Judge
Matthew Eric Hargrave
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk